■ ARTHUR BARTOLF, as Conservator, Respondent, v DOROTHY WAGNER et al., Appellants.—Motion to vacate dismissal of appeal denied. Memorandum: Defendants have failed to present facts showing that their appeal has merit (see, 22 NYCRR 1000.3 [b]). Present—Boomer, J. P., Green, Pine, Balio and Lawton, JJ.

■ JUDITH FREEMAN, Respondent, v DONALD FREEMAN, Appellant.—Motion for extension of time granted to July 17, 1990. Memorandum: Absent extraordinary circumstances, no further extension will be granted. Present—Callahan, J. P., Doerr, Denman, Boomer and Pine, JJ.

■ CINDY ESTRUCH et al., Respondents, v VOLKSWAGEN AG. et al., Appellants.—Motion for extension of time granted. Memorandum: The appeal must be perfected by July 17, 1990 whether or not the decision has been rendered by then on the application for attorney's fees. Present—Callahan, J. P., Denman, Boomer, Pine and Davis, JJ.

■ THEODORE SMITH, Appellant, v VILLAGE OF HERKIMER, Respondent.—Motion for extension of time granted. Memorandum: No further extension will be granted and the appeal should be perfected by July 1, 1990 whether or not the appeals in related matters can be heard at the same time. Present—Denman, J. P., Boomer, Green, Pine and Lawton, JJ.

■ GARY STANOVICK et al., Appellants, v DONNER-HANNA COKE CORPORATION et al., Respondents.—Motion to extend time granted to July 11, 1990; motion to dismiss denied with leave to renew after record is filed. Memorandum: No further extension to perfect the appeal will be granted based on any delay in stipulating or settling the record. We cannot determine from the papers before us whether the order appealed from, however denominated, is an order denying a motion for renewal. The motion is denied, therefore, with leave to renew after the record on appeal is filed. Present—Denman, J. P., Boomer, Green, Pine and Lawton, JJ.